UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Charles Lewis					Docket No. 5:09-CR-145-1BO

### Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Lewis, who, upon an earlier plea of guilty to Armed Bank Robbery 18 U.S.C. §§ 2113(a) and (d) and Using and Carrying a Firearm During and in Relation to a Crime a Violence 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2010, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Charles Lewis was released from custody on December 08, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A condition of mental health treatment is being requested in order to address and monitor the defendant's ongoing mental health concerns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                            is true and correct.

/s/ Jeffrey L. Keller                       /s/ Taylor R. O'Neil
Jeffrey L. Keller                           Taylor R. O'Neil
Supervising U.S. Probation Officer          U.S. Probation Officer
                                            310 New Bern Avenue, Room 610
                                            Raleigh, NC 27601-1441
                                            Phone: 919-861-8698
                                            Executed On: April 13, 2018

Charles Lewis
Docket No. 5:09-CR-145-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 13 day of April, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge